# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ARTIE WASHINGTON,

    Petitioner,

vs.

J. SOTO, Acting Warden,

    Respondent.

)
)
)
)
)
)
)
)
)
)

Case No.  CV 12-4969-JAK (DTB)

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein.   The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that: Respondent's Motion to Dismiss is granted with respect to Ground One subclaims (a), (b), and (d) on the basis of exhaustion with leave to amend; that within 30 days of the date of this Order, petitioner is ordered to either (a) file a notice of withdrawal of Ground One subclaims (a), (b), and (d) of the Petition, or (b) file a request to stay the proceedings and hold the Petition in abeyance while petitioner returns to state court to exhaust his state remedies with respect to these subclaims; (3) that in the event petitioner elects to

1  withdraw Ground One subclaims (a), (b), and (d) of the Petition, respondent is
2  ordered to file an Answer to the Petition within 30 days of the service date of
3  petitioner's notice of withdrawal;[1] and (4) that in the event petitioner fails to either
4  file a notice of withdrawal of the unexhausted subclaims or file a request to stay with
5  respect to his unexhausted claims within 30 days of the date of this Order, the Petition
6  will be dismissed as a mixed petition pursuant to  Rose v. Lundy, 455 U.S. 509, 522,
7  102 S. Ct. 1198, 71 L. Ed. 2d 379 (1982).

9  Dated: September 4, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

---

27  [1]      At the time the Answer is filed, respondent shall lodge all relevant state
records not previously lodged, including any transcripts from the state trial court
proceedings.

2